[845 NE2d 457, 812 NYS2d 26]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UNIQUE DIVINE, Appellant.

Decided February 9, 2006

### APPEARANCES OF COUNSEL

*Dewey Ballantine LLP*, New York City (*Molly Lehr* and *Kathryn C. Ellsworth* of counsel), and *Office of the Appellate Defender* (*Richard M. Greenberg* and *Risa Gerson* of counsel) for appellant.

*Robert T. Johnson, District Attorney*, Bronx (*Jennifer Marinaccio* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. Because there is record support for the Appellate Division finding of attenuation, the determination presents a mixed question of law and fact beyond our further review.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.